### (October 22, 1980)

■ In the Matter of RAFAEL PEREZ, Petitioners, and AGUSTIN ALAMO, Appellant, v ANTHONY SADOWSKI et al., Constituting the Board of Elections of the City of New York, Respondents, and- MONSERRATE FLORES et al., Respondents.—Judgment, Supreme Court, Bronx County, entered on or about October 16, 1980, unanimously affirmed, without costs and without disbursements. We are in agreement that the failure to segregate the candidates for the two different assembly districts was fatal. No opinion. Concur—Murphy, P. J., Lupiano, Silverman, Yesawich and Carro, JJ.